NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1213

KENNETH A. SLABY,

Plaintiff-Appellee,

v.

LON G. BERNDT and BERLON INDUSTRIES, L.L.C.,

Defendants-Appellants,

and

MARK A. KYLE, PETERSON IMPLEMENT, INC.,
MDMA EQUIPMENT DEALERS, INC., and HEHLI-VOLD CORPORATION,

Defendants.

Michael T. Hopkins, IP Special Counsel, Ltd., of Milwaukee, Wisconsin, argued for plaintiff-appellee.

Joseph T. Leone, DeWitt Ross & Stevens, S.C., of Madison, Wisconsin, argued for defendants-appellants.  With him on the brief was Joseph A. Ranney.

Appealed from:  United States District Court for the Western District of Wisconsin

Judge John C. Shabaz

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1213

KENNETH A. SLABY,

Plaintiff-Appellee,

v.

LON G. BERNDT and BERLON INDUSTRIES, L.L.C.,

Defendants-Appellants,

and

MARK A. KYLE, PETERSON IMPLEMENT, INC.,
MDMA EQUIPMENT DEALERS, INC., and HEHLI-VOLD CORPORATION,

Defendants.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WISCONSIN

in CASE NO(S).           06-CV-250

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, GAJARSA, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: November 14, 2007               /s/ Jan Horbaly
                                             Jan Horbaly, Clerk